JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SOHAYL VAFAI, SBN CA 319266
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (510) 970-4838
Facsimile: (415) 744-0134
Email: sohayl.vafai@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA DE LA HOYA, | ) |
| Plaintiff, | ) Case No.: 2:22-cv-00465-BNW |
| | ) |
| v. | ) **STIPULATION TO VOLUNTARY** |
| | ) **REMAND PURSUANT TO SENTENCE** |
| KILOLO KIJAKAZI, | ) **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| Acting Commissioner of Social Security, | ) **ENTRY OF JUDGMENT FOR** |
| | ) **PLAINTIFF** |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a

voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the

remand is to offer Plaintiff a new decision.

//

//

//

//

1    On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, develop

2    the record as necessary, consider all pertinent issues de novo, and issue a new decision.  The parties

3    further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff,

4    and against Defendant, reversing the final decision of the Commissioner.

5

6    Dated: September 20, 2022          Respectfully submitted,

7                                       Gerald Morris Welt
                                        Gerald M. Welt, Chtd.
8                                       Attorney for Plaintiff

9                                       */s/ Marc V. Kalagian*
                                        MARC V. KALAGIAN
10                                      Law Offices of Lawrence D. Rohlfing, Inc., CPC
                                        12631 East Imperial Highway, Ste. C115
11                                      Santa Fe Springs, CA 90670
                                        Telephone: (562) 273-3702
12                                      Fax: (562) 868-5491
                                        Email: marc.kalagian@rksslaw.com
13                                      (*as authorized via email)
                                        Attorney for Plaintiff
14

15   Dated: September 20, 2022          Respectfully submitted,

16
                                        JASON M. FRIERSON
17                                      United States Attorney

18                                      */s/ Sohayl Vafai*
                                        SOHAYL VAFAI
19                                      Special Assistant United States Attorney
                                        Attorneys for Defendant
20
                                     **ORDER**
21   IT IS ORDERED that ECF No. 21 is GRANTED.

22   IT IS FURTHER ORDERED that the Clerk of Court is directed to enter judgment in favor of Patricia De La
     Hoya and against Kilolo Kijakazi.
23
     IT IS FURTHER ORDERED that Plaintiff's motion to remand (ECF No. 20) is DENIED as moot.
24
     IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to close this case.
25
                                    **IT IS SO ORDERED**
26                                  **DATED:** 3:10 pm, September 21, 2022

                                    *Brenda Weksler*
                                    **BRENDA WEKSLER**
                                    **UNITED STATES MAGISTRATE JUDGE**

1

**CERTIFICATE OF SERVICE**

2          I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My

3    business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to

4    the above-entitled action.  On the date set forth below, I caused service of **STIPULATION TO**

5    **VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO**

6    **ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the

7    foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice

8    of the filing:

9          Gerald Morris Welt
          gmwesq@weltlaw.com
10         Attorney for Plaintiff

11
          Marc V. Kalagian
12         marc.kalagian@rksslaw.com
          Attorney for Plaintiff
13
          I declare under penalty of perjury that the foregoing is true and correct.
14
          Dated:  September 20, 2022
15

16                                    _/s/ Sohayl Vafai_
                                    SOHAYL VAFAI
17                                    Special Assistant United States Attorney

18

19

20

21

22

23

24

25

26                                    3