AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PATRICIA DE LA HOYA, AS HEIR
OF CELIA DE LA HOYA,
            Plaintiff,
v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

            Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:22-cv-00465-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Patricia De La Hoya as heir of Celia De La Hoya be awarded attorney fees in the amount of TWO THOUSAND FIVE HUNDRED dollars ($2,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED TWO dollars ($402.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

10/20/22
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk